## LUCIGNANO ET AL. v. UNITED STATES.

No. 1058. Decided June 20, 1966.

*Michael A. Querques* and *Daniel E. Isles* for petitioners.

*Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted. The judgments are vacated and the case is remanded for further consideration in light of *Dennis* v. *United States, ante,* p. 855.

## HALE v. NEW JERSEY.

No. 1502, Misc. Decided June 20, 1966.

Appellant *pro se.*

*Arthur J. Sills,* Attorney General of New Jersey, *Alan B. Handler,* First Assistant Attorney General, and *Richard A. Koerner,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss the appeal is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.